## IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

ROBERT CAGLE                                                                                         PLAINTIFF

v.                                          4:11-cv-00912-SWW-JTK

DOES                                                                                                DEFENDANTS

### JUDGMENT

Pursuant to the Memorandum and Order entered in this matter on this date, it is Considered, Ordered and Adjudged that this case be, and it is hereby, DISMISSED without prejudice, for failure to prosecute.  The relief sought is denied.

IT IS SO ADJUDGED this 14th day of February, 2012.


/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE